C. A. PORTER v. JACKSON GOLD MINING COMPANY AND
L. BARNETTE NEWBY.

(Filed 26 November, 1930.)

APPEAL by plaintiff from *Moore, J.,* at March Term, 1930, of UNION.
Admissions in answer sufficient to overcome defendant's motion of
nonsuit in this case.

*Vann & Milliken for plaintiff.*
*H. B. Adams for defendants.*

PER CURIAM. The plaintiff brought suit against the defendants for
the sum of $3,900 for services alleged to have been performed under a
contract made in the month of October, 1927. The defendants denied
liability, Newby alleging that he had paid the plaintiff the entire amount
he had agreed to pay and set up a counterclaim against the plaintiff
for $640.87. When the plaintiff had introduced his evidence and rested
the defendants moved for judgment of nonsuit and the motion was
allowed. The plaintiff excepted and appealed.

We affirm the judgment of nonsuit as to the Jackson Gold Mining
Company, but in view of the admission in Newby's answer in reference
to his agreement with the plaintiff and the plaintiff's testimony in
respect to it we are of opinion that as to Newby the judgment of non-
suit should be set aside.

Judgment affirmed as to Jackson Gold Mining Company and re-
versed as to Newby.